WORKMAN ET AL., APPELLEES, *v.* CARLISLE ENGINEERED PRODUCTS,
INC. ET AL.; TRAVELERS INSURANCE COMPANY, APPELLANT.

[Cite as *Workman v. Carlisle Engineered Products,
Inc.,* 100 Ohio St.3d 343, 2003-Ohio-6517.]

(No. 2003–0446—Submitted November 19, 2003—Decided December 24, 2003.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of
*Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d
1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and DEGENARO, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would affirm the judgment of the court of appeals.

MARY DEGENARO, J., of the Seventh Appellate District, sitting for O'DONNELL, J.

Davis & Young, Henry A. Hentemann and Richard M. Garner, for appellant.